```
                FILED _____ LODGED
                _____ RECEIVED

                    MAY 20 2014

              CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON AT TACOMA
         BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HENRY HOLST,<br><br>       Defendant/Judgment Debtor,<br><br>and<br><br>ING INSURANCE GROUP,<br><br>                Garnishee. | NO. MS14 5008 BHS<br><br>(3:06-CR-5717-1)<br><br><br>ORDER TO ISSUE A WRIT OF<br>CONTINUING GARNISHMENT<br>FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Henry Holst, from ING Insurance Group, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against ING Insurance Group, whose address is ING Insurance Group, Attention: Compliance Dept., 2000 21st Ave. N.W., Minot, ND 58703.

1    DATED this __16__ day of __May__, 2014.

                            _/s/ signature_
3                   UNITED STATES DISTRICT COURT JUDGE

4 Presented by:

6 KERRY J. KEEFE, WSBA #17204
   Assistant United States Attorney
7 United States Attorney's Office
   700 Stewart Street, Suite 5220
8 Seattle, Washington 98101-1271
   Telephone: (206) 553-7970 / Fax: (206) 553-4067
9 E-mail: kerry.keefe@usdoj.gov

---

WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970