1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>HENRY HOLST,<br><br>           Defendant/Judgment Debtor,<br><br>  and<br><br>ING INSURANCE GROUP,<br><br>             Garnishee. | NO. 3:14-MC-05008-BHS<br><br>(CR06-05717-FDB)<br><br>**CONTINUING GARNISHEE ORDER FOR NON-WAGES** |

     A Writ of Continuing Garnishment for Non-Wages, directed to Garnishee ING Insurance Group, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee ING Insurance Group filed an Answer on August 11, 2014, stating that at the time of the service of the Writ, it had in its possession, custody or control a life insurance policy, policy number 0519349950, with a cash surrender value of $4,118.56 as of 8-4-14, that was owned by the Defendant/Judgment Debtor Henry Holst, and that Garnishee was indebted to the Defendant/Judgment Debtor.

After notification of the garnishment proceeding was mailed to the parties on or about May 29, 2014, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, ING Insurance Group, shall pay to the United States District Court for the Western District of Washington, all monies from the ING Insurance Group policies that are presently due to the Defendant/Judgment Debtor, as directed by the United States Attorney's Office for the Western District of Washington, until the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This is inclusive of all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment for Non-Wages; and

That such payments shall be applied to Defendant/Judgment Debtor Holst's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. CR06-05717-FDB-1 and 3:14-MC-05008-BHS, and to deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn:  Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101; and

CONTINUING GARNISHEE ORDER FOR NON-WAGES  (USDC#: 3:14-MC-05008-BHS/CR06-05717-FDB) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That this Continuing Garnishee Order for Non-Wages shall continue until it is ordered that one of the following conditions is met: (1) the debt of the Defendant/Judgment Debtor is paid in full or (2) the Garnishee no longer has possession, custody or control of any further funds belonging to the Defendant/Judgment Debtor or (3) until further order of this Court.

DATED this 20th day of October, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Kerry J. Keefe
KERRY J. KEEFE, WSBA NO. 17204
Assistant United States Attorney